AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BRODERICK BIRTS ) | Case No:  4:04cr00128-01 JMM |
| ) | USM No:  23354-009 |
| Date of Previous Judgment:  May 26, 2005 ) | Kim Driggers |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  ❒ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  __120 months__  months **is reduced to**  __97 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  __32__                    Amended Offense Level:  __30__
Criminal History Category:  __I__                  Criminal History Category:  __I__
Previous Guideline Range:  __121__ to __151__ months    Amended Guideline Range:  __97__ to __121__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  __5/26/2005__  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 16, 2008                              /s/ James M. Moody
                                                        Judge's signature

Effective Date:  _____                         James M. Moody, United States District Judge
       (if different from order date)                           Printed name and title